FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2021

JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00908-CMA-KLM

Melnick

   Plaintiff,

v.

Colorado State Board of Parole

   Defendant.

---

## Motion to Supplement

Plaintiff does not wish to bug this Court but believes attached Exhibit A showing that contrary to the Respondent's counsel Jason Quidry and Michelle Seng participated in the Full Board and Plaintiff was deferred a year, which makes Respondent's only defense of mootness (ironically) moot, because Plaintiff does not have imminent release.

Plaintiff requests the Court grant the great Writ and let Plaintiff back on parole.

Respectfully Submitted

/s/ Hunter Melnick

Hunter Melnick #148112
12750 Hwy 96
Ordway, CO 81034

Exhibit A

## NOTICE OF COLORADO PAROLE BOARD ACTION - DEFER

| ☑ Full Board Review | ☐ Amend | DOC# 148112 | | | Date 09/16/2021 | Tape No. 817613 |
|---|---|---|---|---|---|---|
| | | Location ARK VALLEY | | | Sent Type LIFE/PV | |
| Name MELNICK, HUNTER | | | | | EST PED  MRD 06/17/2011 | EST SDD 12/31/8888 |

| OFFENSE | CLS | GOV | COUNTY | CASE # | SENTENCE | TYPE | SVP |
|---|---|---|---|---|---|---|---|
| 1. SXASSUBMISS | 4 | B | DOUGLAS | 05CR426 | MIN: 03-00-00 MAX: 00-00-00 | IN | N |

☑ DEFER: Date 09/2022
☑ OTHER: 3 prior parole failures due to similar behaviors. Public safety risk due to ongoing non-compliance with SO supervision requirements. Minimization of high risk behaviors .SOTIPs 6, Static 3

Hearing Non-Appearance:

**Defer Reasons: RISK RELATED**

Risk Assessment
☑ LSI-R: (dated 05/12/2020) score 22   MEDIUM
☑ SRT: (dated 6/8/2021) score 2 Low
☑ STATIC99/SOTIPS:   NO SCORE FOUND

Risk Considerations
☑ Parole risk (Any prior failures)
☑ Public risk (Concerns for public safety)
☑ Pattern of Community Supervision Failures

**Defer Reasons: READINESS RELATED**

Program Considerations
☑ Untreated Criminogenic Needs/Insufficient Tx Dosage

Parole Plan Considerations

**State Parole Board Signatures**

The undersigned hereby certify that all, but not limited to, parole guidelines set forth in CRS 17-22.5-404(2),(3), and (4) were taken in to consideration as per statute. [The 2nd and/or additional signatures, if not actually present at the hearing, are signed indicating they 'reviewed' the action, pursuant to CRS 17-2-201(9)(a)(1)]

| 1) MICHELLE GENG | 5) DAVIS TALLEY |
|---|---|
| 2) DARLENE ALCALA | 6) DARIC HARVEY |
| 3) BRANDON MATHEWS | 7) JASON GUIDRY |
| 4) KRISTEN HILKEY | |

Distribution: ☑ Parole Board  ☑ D.O.C. Records  ☑ Time Comp  ☑ Working File  ☐ Inmate

